(No. 80-CC-0046-)

MYRTLE ENZENBACHER, Administrator of the Estate of Myrl S. Sinderson, Deceased, Claimant, *v.* THE STATE OF ILLINOIS, Respondent.

*Opinion filed January 13, 1986.*

LAMBRUSCHI, YOUNG & ASSOCIATES (KEITH L. YOUNG, of counsel), for Claimant.

NEIL F. HARTIGAN, Attorney General (H. ALFRED RYAN, Assistant Attorney General, of counsel), for Respondent.

PATCHETT, J.

This claim arises out of an accident that occurred on August 5, 1977. The accident occurred at a T-intersection in McHenry County, Illinois. Route 173, a State highway, runs east and west, and is a two-lane road. White Oaks Road runs north and south, intersects with Route 173, and terminates at that point. White Oaks Road runs north from the T-intersection. The deceased, Myrl S. Sinderson, was proceeding south on White Oaks Road and stopped at the aforesaid intersection. A State highway maintenance truck was parked on the northeast corner of said T-intersection, apparently within a few

feet from the intersection. After Mr. Sinderson stopped
he pulled slowly out into traffic, attempting to make a
left turn onto Route 173. As he did so, he was struck by
a semitractor trailer truck driven by Robert Winemiller.
At the hearing on this case before Commissioner
Whipple, an eyewitness, Robert Cline, testified. In
addition, the deposition of Robert Winemiller, the driver
of the semitractor trailer truck, was entered into
evidence. In addition, Myrtle Enzenbacher testified at
the hearing. Her testimony was as to the safe driving
record of Mr. Sinderson, his good health before the
accident, and the pain and suffering as a result of the
accident. The Respondent stipulated that as a result of
the injuries Mr. Sinderson died, and further stipulated to
the total medical, hospital and funeral bills in the
aggregate of $45,253.54.

The facts are basically undisputed in this case. The
question is whether or not the parking of the mainte-
nance vehicle on the northeast corner of the T-
intersection, close to the intersection, was the proximate
cause of the accident. The secondary issue is whether or
not Mr. Sinderson was guilty of any comparative
negligence.

We are of the opinion that the truck was parked in
a negligent manner, thereby blocking the view at the
intersection. However, we are further of the opinion that
Mr. Sinderson was guilty of comparative negligence in
that he failed to observe the truck driven by Mr.
Winemiller. He pulled into the intersection even though
it was blocked by the State vehicle. We find that had Mr.
Sinderson not been guilty of any contributory or
comparative negligence, then Mrs. Enzenbacher would
have been entitled to an award of $100,000.00, the
statutory maximum. The award would have been based

upon the medical, hospital and funeral bills, in addition to an award for the pain and suffering of Mr. Sinderson in the year following the accident. However, we feel that the total award would not have been in excess of $100,000.00, and should be reduced by a factor of 50% to reflect the negligence of Mr. Sinderson.

Therefore, we award Myrtle Enzenbacher, administrator of the estate of Myrl S. Sinderson, an award in the amount of $50,000.00.